■ In the Matter of ANDREW FERGUSON, Petitioner, against JOSEPH P. KELLY, as Commissioner of the Bureau of Motor Vehicles of the State of New York, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before April 19, 1960 and is ready for argument at the May Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of GORDON SHOECRAFT, Respondent, against HART'S FOOD STORES, INC. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, and file and serve record and brief on or before April 19, 1960 and are ready for argument at the May Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAVERNE A. WEIRES, JR., Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion for assignment of counsel denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of GLADYS B. COMSTOCK, Appellant, against GOETZ OIL CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue and files and serves record and brief on or before April 19, 1960 and is ready for argument at the May Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of BARBARA VAN ALLEN CONTURIER, Appellant, against BRIGHAM HALL HOSPITAL et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ PAUL ZURLIN, Plaintiff, v. HOTEL LEVITT, INC., et al., Defendants.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID A. GRAY, Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion for assignment of counsel denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of ARTHUR SELLERS, Respondent, J. W. MAYS, INC., Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion for appointment of counsel for Arthur Sellers, claimant-respondent, pursuant to section 538 (subd. 1, pars. [d], [e]) of the Labor Law. Motion granted and Howard A. Levine, Esq., 206 Lafayette Street, Schenectady 5, New York, is hereby appointed as attorney for the claimant-respondent. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of LILLIAN POLAN, Respondent. J. W. MAYS, INC., Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion by appellant for the appointment of an attorney and counselor at law to represent the claimant-respondent on this appeal pursuant to section 538 (subd. 1, pars. [d], [e]) of the Labor Law. Motion granted and Donald L. Slater, Esq., 12 Central Avenue, Cortland, New York, is hereby appointed as attorney for the claimant-respondent. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.